1  ROBERT LAMANUZZI, SBN 213673
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 492-0009
4

5

6
                    UNITED STATES DISTRICT COURT
7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,            **Case No.** 1:22-cr-00308-ADA-BAM

10              Plaintiff,                STIPULATION AND ORDER TO
                                          CONTINUE CHANGE OF PLEA
11        v.

12   DAVID GARCIA,

13              Defendant.

14

15

16        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and KIMBERLY A.

18  SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for

19  November 13,2023, at 8:30 a.m. shall be continued until January 22,2023, at 8:30 a.m.

20        1.  Mr. Garcia is detained in Kern County (Lerdo).

21        2.  Defense attorneys have very limited time slots to interview clients housed at Lerdo.

22        3.  In September 2023, Defense Counsel scheduled a meeting with Mr. Garcia to go over

23            the proposed plea agreement in detail.

24        4.  Said meeting had to be rescheduled two times. Once for technical issues and the other

25            due to court appearance obligations.

26        5.  Defense Counsel finally conducted a meeting with Mr. Garcia on October 26th, 2023.

27            Mr. Garcia had several new questions about his potential plea.

28        6.  Defense Counsel had another meeting with Mr. Garcia on November 7th, 2023. Mr.

                                         1

1         Garcia still has an unresolved issue with his plea that needs to be discussed with the

2   Government.

3         The parties stipulate that the time until the next hearing should be excluded from the

4   calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are

5   served by the court excluding such time, so that counsel for the defendant may have reasonable

6   time necessary for effective preparation, taking into account the exercise of due diligence.  18

7   U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

8   by granting this continuance and outweigh the best interests of the public and the defendant in a

9   speedy trial.  18 U.S.C. §3161(h)(7)(A).

10

11  Dated: November 7, 2023            Respectfully submitted,

12                                      /s/Robert C. Lamanuzzi

13                                      _____

                                    ROBERT LAMANUZZI

14                                      Attorney for Defendant,

                                    DAVID GARCIA

15

16  Dated: November 7, 2023            Respectfully submitted,

17                                      /s/Kimberly A. Sanchez

18                                      _____

                                    KIMBERLY A. SANCHEZ

                                    Assistant U.S. Attorney

19

20

                                **ORDER**

21

22  The sentencing hearing as to the above-named defendant currently scheduled for November

23  13,2023, at 8:30 a.m., is continued until January 22,2023, at 8:30 a.m.

24

25

26  IT IS SO ORDERED.

27      Dated:  __November 9, 2023__            _____

                               UNITED STATES DISTRICT JUDGE

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28