1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00308-ADA-BAM

12                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         ORDER

14 DAVID GARCIA,                          CURRENT DATE: February 26,2024
                                          COURT: Hon. Troy Nunley
15                        Defendant.

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and DAVID GARCIA,

19 by and through defendant's counsel of record, Robert Lamanuzzi, hereby stipulate as follows:

20         1.      By previous order, this matter was set for a change of plea on February 26,2024.

21         2.      By this stipulation, defendant now moves to continue the change of plea hearing to April

22 8, 2024, and to exclude time between February 26,2024, and April 8, 2024, under 18 U.S.C.§

23 3161(h)(7)(A), B(iv).

24         3.      Defense counsel has reviewed the plea agreement.  He also provided the plea agreement

25 to the defendant.  However, the defendant has questions regarding the plea agreement that defense

26 counsel believes necessitate at least a video meeting.  Given defendant's custody and steps that need to

27 be taken to accomplish such a meeting, defense requests a short continuance to answer the defendant's

28 questions and finalize the agreement.

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

1     a) The government asserts the discovery in this matter has been provided to counsel.

2    The government is aware of its ongoing discovery obligations.

3     b) The government provided a plea offer on June 8, 2023.

4     c) Defendant was housed in Kern County at Lerdo.

5     d) Defendant was recently transferred to a private facility, Central Valley Annex

6    (CVA), in McFarland, CA.

7     e) Defense counsel has not received the signed plea agreement back from his client

8    as of this date.

9     f) Defense Counsel has consulted with the Defendant via phone regarding various

10   questions defendant has regarding the proposed plea.

11    g) Defendant has requested a video conference with defense counsel.

12    h) Defense counsel believes that a video conference is necessary to adequately

13   answer the remaining questions the defendant has.

14    i) Defense counsel needs additional time to consult with his client to ensure his

15   client has no other questions before entering is plea.

16    j) Counsel for defendant believes that failure to grant the above-requested

17   continuance would deny them the reasonable time necessary for effective preparation, taking into

18   account the exercise of due diligence.

19    k) The government does not object to the date.

20    l) Based on the above-stated findings, the ends of justice served by continuing the

21   case as requested outweigh the interest of the public and the defendant in a trial within the

22   original date prescribed by the Speedy Trial Act.

23    m) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

24   et seq., within which trial must commence, the time period of February 26,2024 to April 8, 2024,

25   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results

26   from a continuance granted by the Court at defendant's request on the basis of the Court's

27   finding that the ends of justice served by taking such action outweigh the best interest of the

28   public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  February 21, 2024                    PHILLIP A. TALBERT
                                               United States Attorney

7                                              /s/ KIMBERLY A. SANCHEZ
                                               KIMBERLY A. SANCHEZ
8                                              Assistant United States Attorney

9
   Dated:  February 21, 2024
10                                             /s/  Robert Lamanuzzi
                                               Robert Lamanuzzi
11                                             Counsel for Defendant

12

13

14                                   **ORDER**

15        IT IS SO ORDERED that the change of plea hearing is continued from February 26, 2024, to **April**

16  **8, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to

17  18 U.S.C.§ 3161(h)(7)(A), B(iv).

18

19  IT IS SO ORDERED.

20
     Dated:   **February 22, 2024**            /s/ Barbara A. McAuliffe
21                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME        3
PERIODS UNDER SPEEDY TRIAL ACT