PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00308-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE CHANGE OF PLEA HEARING, SET A TRIAL DATE, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER |
| v. | |
| DAVID GARCIA, | DATE: April 8, 2024 |
| Defendant. | COURT: NODJ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on April 8, 2024.

2. The parties stipulate and request the Court to vacate the change of plea hearing and set the case for trial on January 28, 2025 at 8:30 a.m.

3. The parties are still anticipating a probable plea resolution but given that it has not been solidified thus far, are requesting the trial date.

4. Defense counsel needs additional time to further review discovery, conduct further investigation, and work with the defendant to be prepared to proceed to trial. Additionally, defense counsel has reviewed his schedule and given other cases set for trial and other case obligations, January 28, 2025 provides the time needed to be fully prepared for this trial.

STIPULATION TO VACATE CHANGE OF PLEA, SET TRIAL AND EXCLUDE TIME.

1

5. Based on the above-stated findings, the ends of justice served by continuing the case for a change of plea as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2024 through January 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. The parties agree and stipulate, and request that the Court find the following:

    a) The government represents that the discovery associated with this case has been provided. The government is aware of its ongoing discovery obligations.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 29, 2024

    PHILLIP A. TALBERT  
    United States Attorney

    /s/ KIMBERLY A. SANCHEZ  
    KIMBERLY A. SANCHEZ  
    Assistant United States Attorney

Dated: March 29, 2024

    /s/ ROBERT LAMANUZZI  
    ROBERT LAMANUZZI  
    Counsel for Defendant  
    DAVID GARCIA

STIPULATION TO VACATE CHANGE OF PLEA, SET TRIAL AND EXCLUDE TIME.

2

**ORDER**

IT IS SO ORDERED that the Change of Plea hearing set for April 8, 2025, is vacated. A Jury Trial is set for **January 28, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Trial confirmation is set for January 13, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge.  Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **March 29, 2024**           /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE