ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID GARCIA,<br><br>    Defendant. | Case No.  1:22-cr-00308-DAD-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING (2ndREVISED) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and ARIN HEINZ, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for MAY 19th, 2025, at 10:00 a.m. shall be continued until August 11th, at 10:00 a.m.

1. Defendant, David Garcia, is scheduled for sentencing on MAY 19th, 2025.
2. Defendant and his Counsel need additional time to compile mitigating evidence to present at Defendant's sentencing,
3. Defense Counsel needs additional time to research recent case law in order to file appropriate objections to the Presentence Report (PSR),
4. There is no objection by the Government to the continuance,
5. The parties request a resetting of the PSR deadlines as follows:
    a. Informal Objections due July 14th, 2025,
    b. Final PSR due July 21st, 2025,

1

   c. Formal Objections due July 28th, 2025,

Dated: April 25th, 2025,        Respectfully submitted,

             /s/Robert Lamanuzzi
            ROBERT LAMANUZZI
            Attorney for Defendant,
            David Garcia

Dated: April 25th, 2025,        Respectfully submitted,

             /s/Arin Heinz
            ARIN HEINZ
            Assistant U.S. Attorney

### **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for MAY 19th, at 10:00 a.m., is continued until August 11th, at 10:00 a.m. and the PSR schedule is reset as follows:

  Informal Objections due July 14th, 2025,

  Final PSR due July 21st, 2025,

  Formal Objections due July 28th, 2025

IT IS SO ORDERED.

Dated: **May 1, 2025**           _Dale A. Drozd_
                 DALE A. DROZD
                 UNITED STATES DISTRICT JUDGE