ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID GARCIA,<br><br>　　　　Defendant. | **Case No. 1:22-cr-00308-DAD-BAM**<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and ARIN HEINZ, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for AUGUST 11th, at 10:00 a.m. shall be continued until OCTOBER 6th, at 9:30 a.m.

1. Defendant, David Garcia, is scheduled for sentencing on AUGUST 11th, 2025.
2. Defense Counsel needs additional time to complete Formal Objections to the Presentence Report (PSR),
3. Defendant and his Counsel need additional time to compile mitigating evidence to present at Defendant's sentencing,
4. There is no objection by the Government to the continuance,
5. The parties request a resetting of the PSR deadlines as follows:
    a. Formal Objections due SEPTEMBER 22nd, 2025,
    b. Sentencing Memorandums due September 29th, 2025,

1

Dated: July 29th, 2025,  Respectfully submitted,

  /s/Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
David Garcia

Dated: July 29th, 2025,  Respectfully submitted,

  /s/Arin Heinz
ARIN HEINZ
Assistant U.S. Attorney

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for AUGUST 11th, at 10:00 a.m., is continued until OCTOBER 6th, at 9:30 a.m. in Courtroom 5 before Chief Judge Troy L. Nunly in Fresno and the PSR schedule be reset as follows:

    Formal Objections due SEPTEMBER 22ND, 2025,

    Sentencing Memorandums due SEPTEMBER 29TH, 2025.

IT IS SO ORDERED.

Dated: **July 29, 2025**

        /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2