ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID GARCIA,<br><br>  Defendant. | Case No. 1:22-cr-00308-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and ARIN HEINZ, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for OCTOBER 6th, at 9:30 a.m. shall be continued until DECEMBER 15th, at 10:00 a.m.

1. Defendant, David Garcia, is scheduled for sentencing on OCTOBER 6th, 2025,
2. On SEPTEMBER 9th, 2025, the Ninth Circuit Court of Appeals heard oral argument on *United States. v. Gomez* (Case No. 23-435),
3. The coming decision in *Gomez* may drastically affect the Sentencing Guideline calculation in this case,
4. The Defendant and his Counsel wish to file Formal Objections to the Presentence Report and proceed with sentencing after the *Gomez* decision is made,
5. There is no objection by the Government to the continuance,
6. The parties request a resetting of the PSR deadlines as follows:

1

a. Formal Objections due DECEMBER 1st, 2025,

b. Sentencing Memorandums due DECEMBER 8th, 2025.

Dated: September 23rd, 2025,                    Respectfully submitted,

    /s/Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
David Garcia

Dated: September 23rd, 2025,                    Respectfully submitted,

    /s/Arin Heinz
ARIN HEINZ
Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above-named defendant, currently scheduled for October 6th, 2025, at 9:30 a.m., is continued until **December 15th, 2025, at 10:00 a.m. in Courtroom 5** before District Judge Dale A. Drozd, and the PSR schedule be reset as follows:

1. Formal Objections due December 1st, 2025,

2. Sentencing Memorandums due December 8th, 2025.

**IT IS SO FOUND AND ORDERED this 23rd Day of September, 2025.**

_____
Troy L. Nunley
Chief United States District Judge

2