ROBERT LAMANUZZI, SBN  213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  1:22-cr-00308-DAD-EPG** |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| DAVID GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and NICHOLAS KARP, Assistant U.S. Attorney for The Government, that the hearing currently scheduled for FEBRUARY 9th, 2026, at 10:00 a.m. shall be continued until MAY 4th, 2026, at 9:30 a.m..

1.  Defendant, David Garcia, is scheduled for sentencing on FEBRUARY 9th, 2026,

2.  On JANUARY 13th, 2026, the Ninth Circuit Court of Appeals issued its decision in *United States. v. Gomez* (Case No. 23-435),

3.  The decision in *Gomez*, may drastically affect the Sentencing Guideline calculation in this case,

4.  The Defendant, through his Counsel needs additional time to analyze the *Gomez* decision, research it's effects on the Defendant's guideline calculation, and to file Formal Objections to the Presentence Report,

5.  There is no objection by the Government to the continuance,

1

6. The parties request a resetting of the PSR deadlines as follows:

    a. Formal Objections due APRIL 20th, 2026,

    b. Sentencing Memorandums due APRIL 27th, 2026.

Dated: JANUARY 29th, 2026,          Respectfully submitted,

                        _/s/Robert Lamanuzzi__
                        ROBERT LAMANUZZI
                        Attorney for Defendant,
                        David Garcia

Dated: JANUARY 29th, 2026,          Respectfully submitted,

                        _/s/Nicholas Karp_____
                        NICHOLAS KARP
                        Assistant U.S. Attorney

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for the above-named defendant, currently scheduled for FEBRUARY 9th, 2026, is continued until MAY 4th, 2026, at 9:30 a.m., in Courtroom 5 in Fresno before Chief Judge Troy L. Nunley, and the Presentence Report related schedule is reset as follows:

Formal Objections due APRIL 20th, 2026,

Sentencing Memorandums due APRIL 27th, 2026.

IT IS SO ORDERED.

Dated:   **January 29, 2026**                   _____
                                  DALE A. DROZD
                                  UNITED STATES DISTRICT JUDGE